# Third District Court of Appeal

## State of Florida

Opinion filed February 20, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2242
Lower Tribunal Nos. 18-0249 & 18-0088
_____

**Haydee Alfaro Gonzalez,**
Petitioner,

vs.

**City of Miami, a Municipal Corporation
of the State of Florida,**
Respondent.

A Writ of Certiorari to the Circuit Court for Miami-Dade County, Appellate Division, Veronica A. Diaz, Oscar Rodriguez-Fonts, and Renatha S. Francis, Judges.

Rex E. Russo, for petitioner.

Victoria Méndez, City Attorney, and Kerri L. McNulty, Sr. Appellate Counsel, for respondent.

Before SALTER, LINDSEY, and MILLER, JJ.

**ON PARTIAL CONFESSION OF ERROR**

PER CURIAM.

Petitioner Haydee Alfaro Gonzalez seeks to reinstate two separate appeals, which the Eleventh Judicial Circuit Appellate Division consolidated and then dismissed.[1] The City of Miami concedes that there was no basis to dismiss the appeal from the City's Code Enforcement Board (<u>Gonzalez v. City of Miami</u>, Miami-Dade County Circuit Court, Appellate Division, Case No. 18-0088 AP). We therefore grant the petition for writ of certiorari, quash the appellate division's dismissal order with respect to case number 18-088 AP, and remand for reinstatement of that appeal.

Petition granted; order quashed.

---

[1] Petitioner appealed (1) an order from the Code Enforcement Board (Case No. 18-088 AP) and (2) an order from the City's Unsafe Structures Panel (Case No. 18-0249 AP).